**Order issued October 9, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00477-CV

### IN THE INTEREST OF: Z.C.S., A CHILD

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-12-2032**

## ORDER
Before Justices O'Neill, FitzGerald, and Stoddart

Based on the Court's opinion of this date, we **GRANT** the motion of Lacinda Brese-Lebron for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Lacinda Brese-Lebron as counsel of record for Cody Shane Brummett. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Cody Shane Brummett, 9650 Farmington Road, Van Alstyne, Texas 75495.

.

/ Craig Stoddart/
CRAIG STODDART
JUSTICE